vertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed January 10, 1923.

Julian C. Ryer, for appellant. Sims, Welch, Godman & DeYoung, for appellee; Milton A. Brown and Frank Niedner, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**American Can Company, v. International Association of Machinists et al., on appeal of Axel Kleinschmidt and Harry Morrall, appellants, v. The People of the State of Illinois, appellee. Gen. Nos. 27,292, 27,293.**

Contempt proceeding for violation of an injunction issued in a labor controversy. Defendant found guilty and committed to jail. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Fred C. G. Schmidt, for appellants. Ryan, Condon & Livingston, for appellee; James G. Condon and Walter E. Beebe, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Newton Williams, appellee, v. Charles B. Travis, appellant. Gen. No. 27,323.**

Action to recover $250 commission paid to defendant for the purchase of property and $500 alleged to have been charged more than was asked by the owner. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Bates & Adams, for appellee; Alva L. Bates, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Edward H. Harrison, appellee, v. Rosehill Cemetery Company, appellant. Gen. No. 27,331.**

Action by a certified accountant for services rendered. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Ashcraft & Ashcraft, for appellant; E. M. Ashcraft, of counsel. Victor M. Harding, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Charles Strumil, appellant, v. Roman Andruskiewicz, appellee. Gen. No. 27,342.**

Suit on a promissory note under a writ of *ne exeat republica.* Writ quashed and defendant discharged. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Jacob Schug and Walter L. Wenger, for appellant. Moss & King, for appellee; Walter E. Moss, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Charles Strumil, appellant, v. Roman Andruskiewicz, appellee. Gen. No. 27,343.

Judgment by confession on a promissory note set aside and leave to defend given. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Jacob Schug, for appellant. Moss & King, for appellee; Walter E. Moss, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Buffalo Waste Paper Company, appellant, v. Francis Hughes, appellee. Gen. No. 27,350.

Action for the purchase price of a carload of waste paper. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed January 10, 1923.

Pennish & Rashbaum, for appellant; F. D. Shobe, of counsel. William J. Lindsay, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Olive Adams Johnston et al., appellees, v. Donnel Safe Company et al., on appeal of Edward J. Bartelme, Oscar C. Hagen and Fred C. Ehman, appellants. Gen. Nos. 27,362, 27,454, 27,455.

Suit to remove a lease as a cloud upon the title to real estate. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923. Rehearing denied January 25, 1923.

Isaac S. Rothschild, for appellants. David Owen Dunbar, for appellees; Weightstill Woods, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Leona Bolduan by Amanda Bolduan, appellee, v. John H. Latsis, appellant. Gen. No. 27,375.

Action by a minor, by her next friend, for personal injuries received by slipping on the floor of defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed January 10, 1923.

Milton O. Naramore and William Sherman Carson, for appellant. Everett Jennings and Albert Schaffner, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Stanley Sobas, appellee, v. Shenandoah Auto Livery Company, appellant. Gen. No. 27,157.

Action for personal injuries received in a collision between plain-